IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

ANTON WASHINGTON,

       Plaintiff.

/

No. C 14-5103 WHA (PR)

**ORDER OF DISMISSAL**

    This is a civil rights case brought pro se by a state prisoner. He has filed a motion to voluntarily dismiss his case. A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(I). The motion is **GRANTED** and the case is **DISMISSED.**

    The clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: January   26  , 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE